AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BENITO ANTONIO MARTINEZ OCASIO p/k/a BAD BUNNY and RIMAS ENTERTAINMENT, LLC *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) | 1:21-cv-24004-CMA |
| UNBRANDED BREWING COMPANY *Defendant(s)* | ) ) ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Unbranded Brewing Company
by and through
Registered Agent:
David Halpen
Cummings & Lockwood, LLC
11760 US Highway 1
Suite 502W
Palm Beach Gardens, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karen L. Stetson
Gray Robinson, P.A.
333 S.E. 2nd Avenue
Suite 3200
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 15, 2021

1:21-cv-24004-CMA



**SUMMONS**

*s/ Janier Arellano*
Deputy Clerk
U.S. District Courts

oble
Clerk of Court