## RETURN OF SERVICE

| State of Florida | County of | Southern District Court |
|---|---|---|

Case Number: 1:21-CV-24004-CMA

Plaintiff:
**BENITO ANTONIO MARTINEZ OCASIO**
**p/k/a BAD BUNNY**
**and RIMAS ENTERTAINMENT, LLC**

vs.

Defendant:
**UNBRANDED BREWING COMPANY**

For:
Karen Stetson
Gray Robinson, P.A.

Received by DLE Process Servers, Inc on the 16th day of November, 2021 at 12:04 pm to be served on **Unbranded Brewing Company c/o David Halpen, Cummings & Lockwood, LLC as Registered Agent, 11760 Us Highway 1, Suite 502W, Palm Beach Gardens, FL 33401**.

I, Bobby Paul, do hereby affirm that on the **16th day of November, 2021** at **3:14 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint.** with the date and hour of service endorsed thereon by me, to: **David Halpen** as **Registered Agent** for **Unbranded Brewing Company**, at the address of: **3001 PGA Blvd, Suite 104, Palm Beach Gardens, FL 33410**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
11/16/2021  3:01 pm  Attempted service at 11760 Us Highway 1, Suite 502W, Palm Beach Gardens, FL 33401, no longer at address -- has moved to new address 3001 PGA Blvd Suite 104 Palm Beach Gardens Fl 33410.
11/16/2021  3:14 pm  Served David Halpen (R/A - Personal Service)

Served at 3001 PGA Blvd, Suite 104, Palm Beach Gardens FL 33410

 50WM 5ft 10inches 175lbs black hair no glasses

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

_____
**Bobby Paul**
CPS 1193

**DLE Process Servers, Inc**
**936 Sw 1st Avenue**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2021049735

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u