UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24004-CIV-ALTONAGA/Torres

BENITO ANTONIO MARTINEZ OCASIO, *et al.*,

      Plaintiffs,

v.

UNBRANDED BREWING COMPANY,

      Defendant.

_____/

# ORDER

**THIS CAUSE** came before the Court *sua sponte*.  On November 15, 2021, Plaintiffs, Benito Antonio Martinez Ocasio and Rimas Entertainment, LLC, filed a Complaint [ECF No. 1] against Defendant, Unbranded Brewing Company.  Defendant was served on November 16, 2021.  (*See* Aff. of Service [ECF No. 5]).  To date, Defendant has not answered or otherwise responded to the Complaint, and the deadline to do so has passed.  Accordingly, it is

**ORDERED** that Plaintiffs shall submit a *motion for entry of clerk's default* against Defendant no later than **December 10, 2021**, that includes a certificate of service indicating notice was sent to Defendant, including the address to which it was sent.  Plaintiffs' failure to file the *motion for entry of clerk's default* within the specified time may result in **dismissal** without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 8th day of December, 2021.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:     counsel of record