# Brewer Long
BUSINESS LAW

December 9, 2021                                                                  Via FedEx Overnight

Clerk of Court
United States District Court
Southern District of Florida
400 North Miami Ave.
Miami, FL 33128

FILED BY ___AP___ D.C.

DEC 10 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Chief Judge Cecilia M. Altonaga
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 13-3
Miami, Florida 33128

      Re: For Filing: Bad Bunny v. Unbranded Brewing - Case No.: 1:21-CV-24004-CMA

Dear Clerk of Court and The Honorable Cecilia M. Altonaga,

      On December 7, 2021, retention was completed for the undersigned, on behalf of Unbranded Brewing Company, in the above-referenced case. The undersigned, although admitted to this Court since September 5 2013 and a member of good standing, was unable to file electronically via CM/ECF and submitted to the Clerk for conventional filing its Unopposed Motion for Enlargement of Time. Please see original package copy, **attached hereto as Exhibit "A."** The undersigned anticipates having full CM/ECF login capabilities by the time the Court receives this correspondence.

      However, on December 8, 2021, this Court issued an Order directing Plaintiff to submit a motion for entry of clerk's default. Doc. 7. Accordingly, time being of the essence, the undersigned is resubmitting for filing to the Clerk of Court an Amended Unopposed Motion for Enlargement of Time, which amended only the certificate of service to indicate that copies were served to counsel of record via U.S. Mail and e-mail. That Amended Motion and corresponding Order are also attached hereto.

      We have also included Form "A," Notice of Conventional Filing, addressing the need for this one-time conventional filing. We are hopeful that this Court will find that the undersigned has met the good cause requirements for conventional filing in this case and will rescind the Order directing Plaintiff to submit a motion for entry of clerk's default. The undersigned counsel is admitted and in a member in good standing of this Court.

Sincerely,

Michael E. Long

---

407 Wekiva Springs Rd. Ste 241
Longwood, FL 32779

brewerlong.com

t: 407-660-2964
f: 407-660-4439

EXHIBIT "A"



# BrewerLong
BUSINESS LAW

December 7, 2021                                                                              VIA U.S. Mail

Clerk of Court
United States District Court
Southern District of Florida
400 North Miami Ave.
Miami, FL 33128

      Re: For Filing: Bad Bunny v. Unbranded Brewing - Case No.: 1:21-CV-24004-CMA

Dear Sir or Madam,

      Enclosed for filing on behalf of Unbranded Brewing Company, please find Defendant's Motion For Enlargement of Time. The attached is being filed by conventional means due to the undersigned counsel having an issue with the CM/ECF Login for the United States District Court Southern District of Florida. The undersigned counsel is admitted and a member in good standing of this Court.

      The CM/ECF filing issues have been resolved and the undersigned counsel is awaiting confirmation from the Clerk Of Court.

                                                                                          Sincerely,

                                                                                          Michael E. Long
                                                                                          Fla. Bar No.
                                                                                          309620

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BENITO ANTONIO MARTINEZ
OCASIO p/k/a BAD BUNNY and
RIMAS ENTERTAINMENT, LLC,

    Plaintiffs,

vs.                                                CASE NO.: 1:21-CV-24004-CMA

UNBRANDED BREWING COMPANY,

    Defendant.

_____/

## **DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, UNBRANDED BREWING COMPANY, ("Defendant"), by and through the undersigned counsel, hereby files this Motion for Enlargement of Time, and states as follows:

1. On November 15, 2021, the Plaintiffs filed their Complaint (the "Complaint"). Doc. 1.

2. Defendant was served with process on or about November 17, 2021. Accordingly, this Motion is being filed within the time for service of a responsive pleading.

3. The Defendant was expeditiously referred to the undersigned counsel for consultation and consideration as litigation counsel.

4. The Defendant and the undersigned counsel conferred at the earliest mutually available time and the Defendant timely engaged the undersigned counsel.

5. No prior request for an enlargement of time has been made.

6. Federal Rule of Civil Procedure 16 grants the district courts the power to police their dockets, including the imposition of deadlines. *Mingo v. Sugar Cane Growers Co-Op of Florida*, 864 F.2d 101, 102 (11th Cir. 1989).

7. District courts have broad discretion (1) when managing their cases, including discovery and scheduling; and (2) in applying their local rules. *Johnson v. Bd. Of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001); *see Reese v. Herbert*, 527 F.3d 1253, 1267-68 (11th Cir. 2008); *Johnson v. England*, 350 F. App'x 314, 315-16 (11th Cir. 2009).

8. Defendant is not engaging in any type of delay tactic that would warrant denial of this Motion. Further, the requested extension is brief and will not prejudice the Plaintiff and Plaintiff consents to the relief requested.

9. Plaintiff's counsel does not oppose the requested relief and has approved the substance of this motion and the attached Proposed Order.

10. Defendant respectfully requests that the Court exercise its discretion and permit the requested extension of time.

WHEREFORE, Defendant respectfully requests that this Court grant this motion and provide a 20-day enlargement of time to serve a responsive pleading to the Complaint.

Respectfully submitted by,

/s/ **MICHAEL E. LONG**
Michael E. Long, Esq.
Florida Bar No. 309620
BREWERLONG, PLLC
407 Wekiva Springs Rd
Suite 241
Longwood, Florida 32779
Tel.: (407) 660-2964
Fax: (407) 660-4439
Email: mlong@brewerlong.com
emailserviceonly@brewerlong.com
Attorney for Defendant

4864-3997-4917, v. 2

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to the Local Rules, I hereby certify that counsel for the movant has conferred with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion and that counsel were able to agree on the resolution of the motion.

/s/ Michael E. Long
Michael E. Long, Esquire
Florida Bar No.: 0309620
BrewerLong PLLC
407 Wekiva Springs Rd, Ste 241
Longwood, Florida 32779
E-mail: mlong@brewerlong.com
E-mail: emailserviceonly@brewerlong.com
Telephone: (407) 660-2964
Facsimile: (407) 660-4439
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December 2021, the foregoing was served electronically through the Court's CM/ECF system on all registered users.

/s/ Michael E. Long
Michael E. Long, Esquire
Florida Bar No.: 0309620
BrewerLong PLLC
407 Wekiva Springs Rd, Ste 241
Longwood, Florida 32779
E-mail: mlong@brewerlong.com
E-mail: emailserviceonly@brewerlong.com
Telephone: (407) 660-2964
Facsimile: (407) 660-4439
Counsel for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BENITO ANTONIO MARTINEZ
OCASIO p/k/a BAD BUNNY and
RIMAS ENTERTAINMENT, LLC,

    Plaintiffs,

vs.                                      CASE NO.: 1:21-CV-24004-CMA

UNBRANDED BREWING COMPANY,

    Defendant.

_____/

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO SERVE RESPONSIVE PLEADING TO THE COMPLAINT

Having considered Defendant's Unopposed Motion for Enlargement of Time to Serve Responsive Pleading to the Complaint (the "Motion"), and finding good cause exists for the requested extension, the Court hereby Orders and Adjudges that Defendant, Unbranded Brewing Company, shall have until December 27, 2021, to file a responsive pleading to Plaintiffs' Complaint (Doc 1).

SO ORDERED, this ____, day of December 2021.

                                                            _____
                                                            HONORABLE JUDGE CECILIA M. ALTONAGA
                                                            UNITED STATES DISTRICT COURT JUDGE

cc: Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BENITO ANTONIO MARTINEZ
OCASIO p/k/a BAD BUNNY and
RIMAS ENTERTAINMENT, LLC,

    Plaintiffs,

vs.                                              CASE NO.: 1:21-CV-24004-CMA

UNBRANDED BREWING COMPANY,

    Defendant.

_____/

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO SERVE RESPONSIVE PLEADING TO THE COMPLAINT

Having considered Defendant's Unopposed Motion for Enlargement of Time to Serve Responsive Pleading to the Complaint (the "Motion"), and finding good cause exists for the requested extension, the Court hereby Orders and Adjudges that Defendant, Unbranded Brewing Company, shall have until December 27, 2021, to file a responsive pleading to Plaintiffs' Complaint (Doc 1).

SO ORDERED, this ____, day of December 2021.

                                                                  _____
                                                                  HONORABLE JUDGE CECILIA M. ALTONAGA
                                                                  UNITED STATES DISTRICT COURT JUDGE

cc: Counsel of Record

4864-3997-4917, v. 2




