UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BENITO ANTONIO MARTINEZ
OCASIO p/k/a BAD BUNNY and
RIMAS ENTERTAINMENT, LLC,

Plaintiffs,

vs.  CASE NO.: 1:21-CV-24004-CMA

UNBRANDED BREWING COMPANY,

Defendant.

_____/

**DEFENDANT'S UNOPPOSED AMENDED MOTION FOR ENLARGEMENT OF TIME**
*(Amended as to Method of Service Only)*[1]

Defendant, UNBRANDED BREWING COMPANY, ("Defendant"), by and through the undersigned counsel, hereby files this Motion for Enlargement of Time, and states as follows:

1. On November 15, 2021, the Plaintiffs filed their Complaint (the "Complaint"). Doc. 1.

2. Defendant was served with process on or about November 17, 2021. Accordingly, this Motion is being filed within the time for service of a responsive pleading.

3. The Defendant was expeditiously referred to the undersigned counsel for consultation and consideration as litigation counsel.

4. The Defendant and the undersigned counsel conferred at the earliest mutually available time and the Defendant timely engaged the undersigned counsel.

5. No prior request for an enlargement of time has been made.

6. Federal Rule of Civil Procedure 16 grants the district courts the power to police their dockets, including the imposition of deadlines. *Mingo v. Sugar Cane Growers Co-Op of Florida*, 864 F.2d 101, 102 (11th Cir. 1989).

---

[1] Attached hereto as Exhibit "A" is the original Motion with the December 7th, 2021 execution date.

1

7. District courts have broad discretion (1) when managing their cases, including discovery and scheduling; and (2) in applying their local rules. *Johnson v. Bd. Of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001); *see Reese v. Herbert*, 527 F.3d 1253, 1267-68 (11th Cir. 2008); *Johnson v. England*, 350 F. App'x 314, 315-16 (11th Cir. 2009).

8. Defendant is not engaging in any type of delay tactic that would warrant denial of this Motion. Further, the requested extension is brief and will not prejudice the Plaintiff and Plaintiff consents to the relief requested.

9. Plaintiff's counsel does not oppose the requested relief and has approved the substance of this motion and the attached Proposed Order.

10. Defendant respectfully requests that the Court exercise its discretion and permit the requested extension of time.

WHEREFORE, Defendant respectfully requests that this Court grant this motion and provide a 20-day enlargement of time to serve a responsive pleading to the Complaint.

Respectfully submitted by,

Michael E. Long, Esq.
Florida Bar No. 309620
BREWERLONG, PLLC
407 Wekiva Springs Rd
Suite 241
Longwood, Florida 32779
Tel.: (407) 660-2964
Fax: (407) 660-4439
Email: mlong@brewerlong.com
emailserviceonly@brewerlong.com
Attorney for Defendant

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to the Local Rules, I hereby certify that counsel for the movant has conferred with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion and that counsel were able to agree on the resolution of the motion.

/s/ Michael E. Long
Michael E. Long, Esquire
Florida Bar No.: 0309620
BrewerLong PLLC
407 Wekiva Springs Rd, Ste 241
Longwood, Florida 32779
E-mail: mlong@brewerlong.com
E-mail: emailserviceonly@brewerlong.com
Telephone: (407) 660-2964
Facsimile: (407) 660-4439
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December 2021, the foregoing was filed conventionally and served via U.S. Mail and by email electronically to Counsel of record as follows:

GRAY ROBINSON, P.A.
Attorneys for Plaintiffs
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Phone: (305) 416-6880
Fax: (305) 416-6887
karen.stetson@gray-robinson.com

/s/ Michael E. Long
Michael E. Long, Esquire
Florida Bar No.: 0309620
BrewerLong PLLC
407 Wekiva Springs Rd, Ste 241
Longwood, Florida 32779
E-mail: mlong@brewerlong.com
E-mail: emailserviceonly@brewerlong.com
Telephone: (407) 660-2964
Facsimile: (407) 660-4439

Counsel for Defendant

EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BENITO ANTONIO MARTINEZ
OCASIO p/k/a BAD BUNNY and
RIMAS ENTERTAINMENT, LLC,

    Plaintiffs,

vs.                                         CASE NO.: 1:21-CV-24004-CMA

UNBRANDED BREWING COMPANY,

    Defendant.

_____/

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, UNBRANDED BREWING COMPANY, ("Defendant"), by and through the undersigned counsel, hereby files this Motion for Enlargement of Time, and states as follows:

1. On November 15, 2021, the Plaintiffs filed their Complaint (the "Complaint"). Doc. 1.

2. Defendant was served with process on or about November 17, 2021. Accordingly, this Motion is being filed within the time for service of a responsive pleading.

3. The Defendant was expeditiously referred to the undersigned counsel for consultation and consideration as litigation counsel.

4. The Defendant and the undersigned counsel conferred at the earliest mutually available time and the Defendant timely engaged the undersigned counsel.

5. No prior request for an enlargement of time has been made.

6. Federal Rule of Civil Procedure 16 grants the district courts the power to police their dockets, including the imposition of deadlines. *Mingo v. Sugar Cane Growers Co-Op of Florida*, 864 F.2d 101, 102 (11th Cir. 1989).

7. District courts have broad discretion (1) when managing their cases, including discovery and scheduling; and (2) in applying their local rules. *Johnson v. Bd. Of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001); *see Reese v. Herbert*, 527 F.3d 1253, 1267-68 (11th Cir. 2008); *Johnson v. England*, 350 F. App'x 314, 315-16 (11th Cir. 2009).

8. Defendant is not engaging in any type of delay tactic that would warrant denial of this Motion. Further, the requested extension is brief and will not prejudice the Plaintiff and Plaintiff consents to the relief requested.

9. Plaintiff's counsel does not oppose the requested relief and has approved the substance of this motion and the attached Proposed Order.

10. Defendant respectfully requests that the Court exercise its discretion and permit the requested extension of time.

WHEREFORE, Defendant respectfully requests that this Court grant this motion and provide a 20-day enlargement of time to serve a responsive pleading to the Complaint.

Respectfully submitted by,

/s/ **MICHAEL E. LONG**
Michael E. Long, Esq.
Florida Bar No. 309620
BREWERLONG, PLLC
407 Wekiva Springs Rd
Suite 241
Longwood, Florida 32779
Tel.: (407) 660-2964
Fax: (407) 660-4439
Email: mlong@brewerlong.com
emailserviceonly@brewerlong.com
Attorney for Defendant

2

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to the Local Rules, I hereby certify that counsel for the movant has conferred with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion and that counsel were able to agree on the resolution of the motion.

/s/ Michael E. Long
Michael E. Long, Esquire
Florida Bar No.: 0309620
BrewerLong PLLC
407 Wekiva Springs Rd, Ste 241
Longwood, Florida 32779
E-mail: mlong@brewerlong.com
E-mail: emailserviceonly@brewerlong.com
Telephone: (407) 660-2964
Facsimile: (407) 660-4439
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December 2021, the foregoing was served electronically through the Court's CM/ECF system on all registered users.

/s/ Michael E. Long
Michael E. Long, Esquire
Florida Bar No.: 0309620
BrewerLong PLLC
407 Wekiva Springs Rd, Ste 241
Longwood, Florida 32779
E-mail: mlong@brewerlong.com
E-mail: emailserviceonly@brewerlong.com
Telephone: (407) 660-2964
Facsimile: (407) 660-4439
Counsel for Defendant

4864-3997-4917, v. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BENITO ANTONIO MARTINEZ
OCASIO p/k/a BAD BUNNY and
RIMAS ENTERTAINMENT, LLC,

    Plaintiffs,

vs.                               CASE NO.: 1:21-CV-24004-CMA

UNBRANDED BREWING COMPANY,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO SERVE RESPONSIVE PLEADING TO THE COMPLAINT

    Having considered Defendant's Unopposed Motion for Enlargement of Time to Serve Responsive Pleading to the Complaint (the "Motion"), and finding good cause exists for the requested extension, the Court hereby Orders and Adjudges that Defendant, Unbranded Brewing Company, shall have until December 27, 2021, to file a responsive pleading to Plaintiffs' Complaint (Doc 1).

    SO ORDERED, this____, day of December 2021.

                                                _____
                                                HONORABLE JUDGE CECILIA M. ALTONAGA
                                                UNITED STATES DISTRICT COURT JUDGE

cc: Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BENITO ANTONIO MARTINEZ
OCASIO p/k/a BAD BUNNY and
RIMAS ENTERTAINMENT, LLC,

    Plaintiffs,

vs.                                        CASE NO.: 1:21-CV-24004-CMA

UNBRANDED BREWING COMPANY,

    Defendant.

_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO SERVE RESPONSIVE PLEADING TO THE COMPLAINT

Having considered Defendant's Unopposed Motion for Enlargement of Time to Serve Responsive Pleading to the Complaint (the "Motion"), and finding good cause exists for the requested extension, the Court hereby Orders and Adjudges that Defendant, Unbranded Brewing Company, shall have until December 27, 2021, to file a responsive pleading to Plaintiffs' Complaint (Doc 1).

    SO ORDERED, this____, day of December 2021.

                                                _____
                                                HONORABLE JUDGE CECILIA M. ALTONAGA
                                                UNITED STATES DISTRICT COURT JUDGE

cc: Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BENITO ANTONIO MARTINEZ
OCASIO p/k/a BAD BUNNY and
RIMAS ENTERTAINMENT, LLC,

    Plaintiffs,

vs.                                    CASE NO.: 1:21-CV-24004-CMA

UNBRANDED BREWING COMPANY,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENTOF TIME TO SERVE RESPONSIVE PLEADING TO THE COMPLAINT

Having considered Defendant's Unopposed Motion for Enlargement of Time to Serve Responsive Pleading to the Complaint (the "Motion"), and finding good cause exists for the requested extension, the Court hereby Orders and Adjudges that Defendant, Unbranded Brewing Company, shall have until December 27, 2021, to file a responsive pleading to Plaintiffs' Complaint (Doc 1).

SO ORDERED, this____, day of December 2021.

                                                                   _____
                                                                   HONORABLE JUDGE CECILIA M. ALTONAGA
                                                                   UNITED STATES DISTRICT COURT JUDGE

cc: Counsel of Record



```
ORIGIN ID:SFBA   (407) 660-2964     SHIP DATE: 09DEC21
MICHAEL LONG                        ACTWGT: 1.00 LB
BREWERLONG PLLC                     CAD: 5555651/INET4400
407 WEKIVA SPRINGS ROAD
SUITE 241
LONGWOOD, FL 32779                  BILL SENDER
UNITED STATES US

TO   CLERK OF COURT
     DISTRICT COURT OF APPEAL
     400 NORTH MIAMI AVE.
     ROOM 8N09
     MIAMI FL 33128
     (305) 523-5100        REF: BEAN
     INV:
     PO:                   DEPT:
```





FRI - 10 DEC 9:30A
FIRST OVERNIGHT

TRK# 7754 4264 0050
0201

X1 MPBA                  33128
              FL US      MIA

