UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BENITO ANTONIO MARTINEZ
OCASIO p/k/a BAD BUNNY and
RIMAS ENTERTAINMENT, LLC,

    Plaintiffs,

vs.                                      CASE NO.: 1:21-CV-24004-CMA

UNBRANDED BREWING COMPANY,

    Defendant.

_____/

FILED BY _____ D.C.
DEC 10 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**NOTICE OF CONVENTIONAL FILING**

Please take notice that the foregoing Unopposed Amended Motion for Enlargement of Time is being filed conventionally for the following reason:

- All criteria for issuance of CM/ECF Filing privileges have been completed and confirmed with the Clerk of Court, however, receipt of the same by the undersigned counsel is still pending.

                                                Respectfully submitted,

                                                Michael E. Long, Esquire
                                                Florida Bar No.: 0309620
                                                BrewerLong PLLC
                                                407 Wekiva Springs Rd, Ste 241
                                                Longwood, Florida 32779
                                                E-mail: mlong@brewerlong.com
                                                E-mail: emailserviceonly@brewerlong.com
                                                Telephone: (407) 660-2964
                                                Facsimile: (407) 660-4439
                                                Counsel for Defendant

4862-0733-9526, v. 2





ORIGIN ID:SEBA (407) 660-2964
MICHAEL LONG
BREWERLONG PLLC
407 WEKIVA SPRINGS ROAD
SUITE 241
LONGWOOD, FL 32779
UNITED STATES US

SHIP DATE: 09DEC21
ACTWGT: 1.00 LB
CAD: 5555651/INET4400

BILL SENDER

TO: CLERK OF COURT
DISTRICT COURT OF APPEAL
400 NORTH MIAMI AVE.
ROOM 8N09
MIAMI FL 33128
(305) 523-5100       REF: BEAN
INV
PO                       DEPT

FRI - 10 DEC 9:30A
FIRST OVERNIGHT

TRK# 7754 4264 0050
0201

X1 MPBA            33128
              FL-US  MIA