Florida Bar No.: 330361

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court and furnished via CM/ECF to all participating recipients, and to Michael Long, Esq., via email at mlong@brewerlong.com, on this 10th day of December, 2021.

By: /s/ Karen L. Stetson

#46109632 v1