UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24004-CIV-ALTONAGA/TORRES

BENITO ANTONIO MARTINEZ
OCASIO p/k/a BAD BUNNY and
RIMAS ENTERTAINMENT, LLC,

    Plaintiffs,
v.

UNBRANDED BREWING COMPANY,

    Defendant.
_____/

**PLAINTIFFS' RESPONSE TO ORDER OF DECEMBER 8, 2021 (DE 7)**

    Plaintiffs, Benito Antonio Martinez Ocasio p/k/a Bad Bunny and Rimas Entertainment, LLC (hereafter collectively "Plaintiffs"), by and through their undersigned counsel, file this Response to the Court's Order of December 8, 2021, and state:

    1.    The Court entered an Order, (DE 7), requiring Plaintiff to move for the entry of a default against Defendant Unbranded Brewing Company by December 10, 2021 for Defendant's failure to respond to the Complaint in this matter.

    2.    On the date when Defendant's response to Plaintiff's complaint was due, December 7, 2021, undersigned counsel was contacted by Michael Long, Esquire indicating he would be representing Defendant in this matter and requesting an extension of time to do so, to which undersigned agreed.

    3.    Mr. Long thereafter contacted the undersigned requesting that undersigned counsel's office file Defendant's Motion for Extension of Time on his behalf because he had not "squared away" his log-in credentials with the Clerk's Office. Undersigned

1

informed Mr. Long that his request could not complied with as it would violate the Court's ECF rules. Mr. Long indicated he was working on getting whatever problem existed with his log-in credentials worked out and undersigned counsel told Mr. Long that Plainitiff would not move for a default against his client in the interim, anticipating that whatever problem existed with Mr. Long's log-in credentials would be worked out the following day and Defendant would then file its Unopposed Motion for Extension of Time.

4. After the Court entered its Order of December 8, 2021, undersigned notified Mr. Long about the Order, to which Mr. Long responded that he did not have log-in credentials and would therefore be requesting that the filing of Defendant's Motion be permitted via conventional filing.

5. Undersigned did not, therefore, believe it appropriate to move for default against Defendant without first informing the Court of these communications.

WHEREFORE, based on the foregoing, Plaintiff will await further instructions from the Court.

Respectfully submitted,

GRAY ROBINSON, P.A.
*Attorneys for Plaintiffs*
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Phone: (305) 416-6880
Fax: (305) 416-6887
karen.stetson@gray-robinson.com

By: /s/ Karen L. Stetson
Karen L. Stetson
Florida Bar No.: 742937
Jonathan L. Gaines

#46109632 v1

Florida Bar No.: 330361

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court and furnished via CM/ECF to all participating recipients, and to Michael Long, Esq., via email at mlong@brewerlong.com, on this 10th day of December, 2021.

By: /s/ Karen L. Stetson

#46109632 v1