UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24004-CIV-ALTONAGA/Torres

**BENITO ANTONIO MARTINEZ OCASIO**; *et al.*,

    Plaintiffs,

v.

**UNBRANDED BREWING COMPANY**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Unbranded Brewing Company's Unopposed Amended Motion for Enlargement of Time [ECF No. 9], filed on December 10, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED in part**. Defendant, Unbranded Brewing Company, has until **December 22, 2021** to file a response pleading to Plaintiff's Complaint. The deadline contained in the Order of November 17, 2021 [ECF No. 6] shall not be extended. The Order requiring Plaintiff to a Motion for Clerk's default [ECF No. 7] is set aside.

**DONE AND ORDERED** in Miami, Florida, this 10th day of December, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record