UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-24004-CIV-ALTONAGA/Torres

BENITO ANTONIO MARTINEZ OCASIO; *et al.*,

       Plaintiffs,

v.

UNBRANDED BREWING COMPANY,

       Defendant.

_____/

**ORDER**

       **THIS CAUSE** came before the Court on Defendant, Unbranded Brewing Company's Unopposed Amended Motion for Enlargement of Time [ECF No. 14], signed December 7, 2021 and entered on the docket on December 15, 2021.  The Motion appears to be a duplicate of the motion Defendant filed conventionally on December 10, 2021 [ECF No. 8], which the Court has already ruled on [ECF No. 13].  Being fully advised, it is

       **ORDERED AND ADJUDGED** that the Motion is **DENIED as moot**.

       **DONE AND ORDERED** in Miami, Florida, this 15th day of December, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record