UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24004-CIV-ALTONAGA/Torres

BENITO ANTONIO MARTINEZ
OCASIO p/k/a BAD BUNNY and
RIMAS ENTERTAINMENT, LLC
,
      Plaintiffs,
v.

UNBRANDED BREWING COMPANY,

      Defendant.
_____/

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party[1] in the case:

    Benito Antonio Martinez Ocasio p/k/a Bad Bunny, Plaintiff
    Rimas Entertainment, LLC, Plaintiff
    Karen L. Stetson, Counsel for Plaintiff
    Jonathan L. Gaines, Counsel for Plaintiff
    Unbranded Brewing Company, Defendant
    Zachary L. Swanson, Director and President of Unbranded Brewing Company
    Michael E. Long, Esq., Counsel for Defendant
    BrewerLong PLLC, Counsel for Defendant

2.) the name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None known.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest

---

[1] A party should not list an assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.

unsecured creditors) in bankruptcy cases:

    None known.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    None known.

5.) Check one of the following:

__X__ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.
-or-

____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Dated: December 17, 2021

/s/ Michael E. Long
Michael E. Long, Esquire
Florida Bar No.:  0309620
BrewerLong PLLC
407 Wekiva Springs Rd Ste 241
Longwood, FL 32779
Email: mlong@brewerlong.com
Secondary Email:
emailserviceonly@brewerlong.com
taylor@brewerlong.com
Telephone: (407) 660-2964
Facsimile: (407) 660-4439
Counsel for Unbranded Brewing Company

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of December 2021, I electronically filed Defendant Unbranded Brewing Company's Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to attorneys of record.

/s/ Michael E. Long
Michael E. Long, Esquire
Florida Bar No.:  0309620
BrewerLong PLLC
407 Wekiva Springs Rd Ste 241
Longwood, FL 32779

-3-

        Email: mlong@brewerlong.com
        Secondary Email:
        emailserviceonly@brewerlong.com
        taylor@brewerlong.com
        Telephone: (407) 660-2964
        Facsimile: (407) 660-4439
        Counsel for Unbranded Brewing Company