UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24004-CIV-ALTONAGA/TORRES

BENITO ANTONIO MARTINEZ
OCASIO p/k/a BAD BUNNY and
RIMAS ENTERTAINMENT, LLC,

    Plaintiffs,
v.

UNBRANDED BREWING COMPANY,

    Defendant.
_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiffs BENITO ANTONIO MARTINEZ OCASIO p/k/a BAD BUNNY and RIMAS ENTERTAINMENT, LLC, by and through undersigned counsel, make the following disclosures pursuant to the Court's Order of November 17, 2021 (DE 6) and Fed. R. Civ. P., Rule 7.1:

    1.    There is no parent corporation or corporation owning 10% of more of the stock of Rimas Entertainment, LLC.

    2.    List of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates affiliates, parent corporations, and other identifiable legal entities related to a party:

    Benito Antonio Martinez Ocasio p/k/a Bad Bunny
    Rimas Entertainment, LLC
    Gray Robinson P.A.
    Karen L. Stetson, Esq.
    Jonathan L. Gaines, Esq.
    Unbranded Brewing Company
    Brewer Long, PLLC
    Michael E. Long, Esq.

21-24004-CIV-ALTONAGA/TORRES

        GRAY ROBINSON, P.A.
        *Attorneys for Plaintiffs*
        333 S.E. 2nd Avenue, Suite 3200
        Miami, Florida 33131
        Phone: (305) 416-6880
        Fax: (305) 416-6887
        karen.stetson@gray-robinson.com

        By: /s/ Karen L. Stetson
            Karen L. Stetson
            Florida Bar No.: 742937
            Jonathan L. Gaines
            Florida Bar No.: 330361

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court and furnished via CM/ECF to all participating recipients, on this 17th day of December, 2021.

        By: /s/ Karen L. Stetson