UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24004-CIV-ALTONAGA/Torres

**BENITO ANTONIO MARTINEZ OCASIO**; *et al.*,

    Plaintiffs,

v.

**UNBRANDED BREWING COMPANY**,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Joint Discovery Plan and Conference Report [ECF No. 18], filed on December 17, 2021, indicating the parties have reached an agreement and "are in the process of preparing settlement documents to file with the Court." (*Id.* 1). The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 20th day of December, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record