UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24004-CIV-ALTONAGA/TORRES

BENITO ANTONIO MARTINEZ
OCASIO p/k/a BAD BUNNY and
RIMAS ENTERTAINMENT, LLC,

      Plaintiffs,

v.

UNBRANDED BREWING COMPANY,

      Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL AND ENTRY OF CONSENT INJUNCTION

Plaintiffs and Defendant, by and through their undersigned attorneys, and

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties' Settlement Agreement, file

this Joint Stipulation for Dismissal and Entry of Consent Injunction, and state:

The parties stipulate to the dismissal of this matter, with each party to bear its own

attorney's fees and costs.  The effectiveness of this stipulation of dismissal is conditioned

upon the Court's entry of the Consent Injunction attached hereto as Exhibit A, and an

order retaining jurisdiction to enforce the terms of the parties' Settlement Agreement.

Respectfully submitted,

| **BREWER LONG** | **GRAY ROBINSON, P.A.** |
|---|---|
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |
| 407 Wekiva Springs Road, Suite 241 | 333 SE 2nd Avenue, Suite 3200 |
| Longwood, FL 32779 | Miami, FL 33131 |
| Telephone: (407) 660-2964 | Telephone: (305) 416-6880 |
| | |
| By: /s/ Michael E. Long | |
|     Michael E. Long, Esq. | By: /s/ Karen L. Stetson |
|     Florida Bar No. 0309620 |     Karen L. Stetson |

1

#46576202 v1

2

| | |
|---|---|
| mlong@brewerlong.com | Florida Bar No. 742937<br>karen.stetson@gray-robinson.com<br>Jonathan L. Gaines<br>Florida Bar No. 330361<br>jonathan.gaines@gray-robinson.com |

2