UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24004-CIV-ALTONAGA/TORRES

BENITO ANTONIO MARTINEZ
OCASIO p/k/a BAD BUNNY and
RIMAS ENTERTAINMENT, LLC,

    Plaintiffs,

v.

UNBRANDED BREWING COMPANY,

    Defendant.
_____/

## CONSENT INJUNCTION

THIS CAUSE having come before the Court upon the parties' Joint Stipulation for Dismissal and Entry of Consent Injunction, it is,

ORDERED AND ADJUDGED that:

Defendant, and its agents, officers, servants, employees, successors and assigns and all others acting in concert or in privity with Defendant, shall be and is hereby permanently enjoined and restrained from using, imitating and/or copying Plaintiffs' name, trademark or image for any purpose, or any identical or substantially similar derivation thereof, including, but not limited to, "San Benito" "San Benito beer," utilizing Ocasio's first name (Benito), utilizing Ocasio's trademark (SAN BENITO), depicting any image of Ocasio, including images of Occasio surrounded by iconography well known by Ocasio's fan base as closely associated with Ocasio (including a bunny and a "third eye" symbol), and from imprinting, producing, marketing, selling, transporting, distributing, moving and/or otherwise circulating any and all services or products which bear Plaintiffs' mark, name or

image, or any identical or substantially similar derivation thereof in connection with any promotion, advertisement, display, sale or circulation of any services or products, which in any way might, could or does falsely relate or associate Defendant's good or services with Plaintiffs' goods or services.

    2.    The Court shall maintain continuing jurisdiction over this action to enforce this Consent Injunction against Defendant.

    DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of_____, 2022.

_____
United States District Court Judge

#46139357 v1