UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24004-CIV-ALTONAGA/Torres

**BENITO ANTONIO MARTINEZ OCASIO**; *et al.*,

    Plaintiffs,

v.

**UNBRANDED BREWING COMPANY**,

    Defendant.
_____/

## CONSENT INJUNCTION

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation for Dismissal and Entry of Consent Injunction [ECF No. 21]. It is

**ORDERED AND ADJUDGED** that:

1.    Defendant, and its agents, officers, servants, employees, successors and assigns and all others acting in concert or in privity with Defendant, shall be and is hereby permanently enjoined and restrained from using, imitating and/or copying Plaintiffs' name, trademark or image for any purpose, or any identical or substantially similar derivation thereof, including, but not limited to, "San Benito" "San Benito beer," utilizing Ocasio's first name (Benito), utilizing Ocasio's trademark (SAN BENITO), depicting any image of Ocasio, including images of Ocasio surrounded by iconography well known by Ocasio's fan base as closely associated with Ocasio (including a bunny and a "third eye" symbol), and from imprinting, producing, marketing, selling, transporting, distributing, moving and/or otherwise circulating any and all services or products which bear Plaintiffs' mark, name or image, or any identical or substantially similar derivation thereof in connection with any promotion, advertisement, display, sale or circulation

CASE NO. 21-20004-CR-ALTONAGA

of any services or products, which in any way might, could or does falsely relate or associate Defendant's good or services with Plaintiffs' goods or services.

2. The Court shall maintain continuing jurisdiction over this action to enforce this Consent Injunction against Defendant.

**DONE AND ORDERED** in Miami, Florida, this 15th day of February, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record